# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KELLY R. BAILEY,** | )<br>) |
| Plaintiff, | )       8:05CV159<br>) |
| v. | )<br>) |
| **UNION PACIFIC RAILROAD COMPANY,** | )       **ORDER TO SHOW CAUSE**<br>)<br>) |
| Defendant. | )<br>) |

The records of the court show that on April 13, 2005, a letter (filing # 8) was sent to attorney Steven Napper from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admittance to practice in the District of Nebraska.

As of May 31, 2005, the attorney has not complied with either request.

**IT IS ORDERED** that, on or before **June 15, 2005**, attorney Steven Napper is to register for the System <u>and</u> register for admittance to practice in the District of Nebraska or show cause by written affidavit why he cannot comply with the rules of the court.

**DATED June 1, 2005.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**