# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KELLY R. BAILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV159** |
| vs. | ) | |
| | ) | **ORDER** |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Steven E. Napper for leave to withdraw as counsel for the defendant (#30). The record shows that substitute counsel has entered an appearance.

**IT IS ORDERED:**

1. The motion for leave to withdraw (#30) is granted. The Clerk shall terminate the appearance of Steven E. Napper as counsel for Union Pacific Railroad Company and shall remove Mr. Napper from the distribution list for this case.

2. The outstanding Order to Show Cause (#28) is deemed satisfied. *In this instance only,* Mr. Napper is excused from registering for the court's CM/ECF System and from registering for admittance to practice in the District of Nebraska.

**DATED June 8, 2005.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**