IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLY R. BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv159 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 32 be stricken from the record for the following reason:

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 32 from the record. The party is directed to re-file the document.

DATED this 9th day of June, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge