# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY R. BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV159 |
| vs. ) | |
| ) | SCHEDULING ORDER |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, ) | |
| ) | |
| Defendant. | |

This matter is before the court on the Joint Motion to Continue Dates Set Forth in the Final Progression Order (#49).

**IT IS ORDERED:**

1. The motion is set for hearing on **Thursday, February 23, 2006 at 11:30 A.M. (CST)**, before the undersigned magistrate judge.

2. The hearing may be conducted by telephone, however, the court requests that counsel make the arrangements to initiate the joint call to the court at (402) 661-7340.

Dated this 21st day of February 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge