IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY R. BAILEY,<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | 8:05CV159<br><br>ORDER |

This matter is before the court on the parties' Joint Motion for Extension of Time to file motions for summary judgment (#58). For good cause shown, I find that the motion should be granted and the summary judgment motion deadline will be extended to May 30, 2006 as requested.

As counsel were previously advised during the February 23, 2006 telephone conference, this extension will require that the July 25, 2006 trial date be continued to allow Judge Smith Camp adequate time to rule on the parties' motions for summary judgment. For that reason, trial will be continued from July 25 to October 24, 2006.

**IT IS ORDERED:**

1. The Joint Motion for Extension of Time to file motions for summary judgment (#58) is granted, and the parties are given until and including **May 30, 2006** to file motions for summary judgment.

2. The jury trial now set for July 25, 2006 is hereby continued to **October 24, 2006.** Counsel will receive more specific information regarding trial preparation from Judge Smith Camp's staff.

3. The final pretrial conference is continued from July 17, 2006 to **October 12, 2006 at 1:30 p.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    DATED April 4, 2006.

                      BY THE COURT:

                      s/ F.A. Gossett
                      **United States Magistrate Judge**