IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY R. BAILEY,<br><br>  Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>  Defendant. | 8:05CV159<br><br>ORDER |

This matter is before the court on the defendant's Motion for Extension of Time [67]. Plaintiff advised the court that there is no objection. *See* [68]. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that the Motion for Extension of Time [67] is granted, and the deadlines set in the Final Progression Order [45] are extended as follows:

1. The deposition deadline is extended to **October 7, 2006**. All interrogatories, requests for admission, and requests for production or inspection shall be served sufficiently early to allow rule time response before that date.

2. Pretrial disclosures of nonexpert witnesses, deposition testimony and discovery, and trial exhibits shall be completed by **October 7, 2006**.

3. On or before **October 2, 2006**, the parties shall provide a status report regarding settlement negotiation. The report shall be in the form of a letter to the undersigned from the plaintiff on behalf of all of the parties.

DATED July 5, 2006.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**