IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KELLY R. BAILEY,** | ) | **CASE NO. 8:05CV159** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii) and should be granted. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal (Filing No. 93) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fee.

DATED this 12th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge